UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHRISTA HINDS,

    Plaintiff,

vs.

THE JANET, LLC, *et al.*,

    Defendants.

Case No. 3:22-cv-115

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION TO STAY PROCEEDINGS (Doc. No. 10); (2) STAYING THIS CASE FOR 45 DAYS; (3) VACATING THE PRELIMINARY PRETRIAL CONFERENCE ON AUGUST 10, 2022; AND (4) SETTING A STATUS TELEPHONE CONFERENCE ON SEPTEMBER 6, 2022 AT 2:00 P.M.**

---

This case is before the Court on the parties' joint motion requesting the Court to stay this case for forty-five days.  Doc. No. 10.  The parties seek a stay so they may pursue settlement.  *Id.* at PageID 57.  For good cause shown, the parties' joint motion to stay proceedings is **GRANTED**.  This case is **STAYED** for forty-five days.

The Court **VACATES** the preliminary pretrial scheduling conference on August 10, 2022 and **SETS** a telephone status conference on **September 6, 2022 at 2:00 p.m.**  To participate, the attorneys for the parties shall scall: 1-888-278-0296, enter access code 2725365, security code 123456, and wait for the Court to join the conference.

    **IT IS SO ORDERED.**

  July 18, 2022                                  s/Michael J. Newman
                                                                         Hon. Michael J. Newman
                                                                         United States District Judge